FILED

JAN - 4 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Julian Villegas # 71372079                    December/28/2020
Federal Correctional Institution
MC-Dowell
P.O.Box 1009
WELCH, WV, 24801              CiViL Action NO: ~~1:20-cv-00505~~
                                          1:21-cv-00003

CIERK, United States District Court
Elizabeth KEE Federal Building
601, Federal Street, Room, 1000
Bluefield, WV, 24701

                    to, wiliom my concern,
my name, is Julian Villegas # 71372-079,  I am writting
this letter to inform you of my Current Situation, at
F.C.I MC-Dowell  today Dec/16/2020 at approxamitaly 9:00 Am
OR 10:00 Am Correctional officer, C. AKERS, and Correctional
Officer, G.woods Came to my Cell in S.H.U AREA- E-Range cell #218
and, told me, to start packing my stuFF because, I was being
moved to a different Cell, by orders of Lt. C, Connelly and
Officer s.H.u number one~~x~~ Kendriks, I packed my belongins
and they took~~custy~~ me, to the First Floor, A-Range, Officer
Kendriks tAKE me A picture? and officers took me, to A Range, to,
Hard cell, #~~10~~2 with no reason For it, or, explanation to me, I asked
them what was the reason, of this punishment and they told me
it was Orders from, the higher ups of, Lt, C. Connelly and s.H.U
number one, officer Kendriks,  the cell has a concrete slab to sleep
on, and all you get is, one sheet, and one, Blanket, in this Cold weather!
NO shower. NO toothbrush, NO toothpaste. NO shampoo. NO Deodorant. NO Boxer
change. No pants change. No t-sirt change. Never change my cloths. FoR ⑦ days
                                        -RoPA-
this is NO Humans. ispansh is (inumano) and they no, give me my

medication for, blood Pressure, and for my Depresion, and for my pain, and infection pill for my tooths, because they no give me nothing! they no Care, by my civil Rigth, they Broke, my civil Rigth, this cell, is, Black, no have vision, and is cold, to cold, and weat, only you can see, wall on Front the Door.      when, they were taking my cuffs off, officer, C. AKERS pulled me, hard through the food slot, so, I pulled my hands back, because, he hurt my hands bad, when he pulled through the food slot while, I was still cuffed my hands, hit the door of the slot!

then, they came all officers together, to outside, my door, I let them check, my hands, then they told me, to sit on the cement bed or stay up Facing to the wall, and, I was Facing to wall, up! and I obeyed while. I, was still in cuffs! they came in the cell, and pulled and pushing me Back, to slam me on the cement, and began Assaulting me! Hitting me in the Ribs, back, and putting their legs, and Knee on my throat, so, I could n't breathe, I tried to scream that, I could n't breathe, I could n't breathe, Lt. C. Connelly and Lt. c. Looney    were on top, of me, choking me, and, Suffocating me, Suffocating me! Lt. c. connelly, and Lt. C. Looney was Suffocating me, and Afixion me (is panish) AFixiando, me, they did n't stop, until another, officer, came and told they to Calm down! and the officer, C. AKERS asked me where is the hands cuff Key was, he say is broke! but I did n't Know what he was talking about, Cause I was cuffed, the Lt. C. Looney bent my Fingers back, and my Rigth hand, wards Afte the Assault, me! I Asked to Speak to S.I.S officers, psychology, medical, Because, they damaged my body, Back, hands, Fingers, Ribs, all is Hurt, and, they did n't put me any attention! and, they said this is what you get For not wanting to cancel the Lawsuit, and, no Ask more, For S.I A. Lt. smit! against us and expect more. if you don it, Lt. C. connelly, Lt. C. Looney. told me, this on side of my face, they is Racist! Lt. C. Connelly, and Lt. C. Looney they damaged my back, and hand, and, throat. is Hurt! by Assaulting me, and almost killing me. they. using excessiv Force on me! I tink they would of, if the officer would of

not said calm down,

they are upset because ON, NOV-18-2020
Agent, EVVans from the legal Department in Beckly, W.V,
Come to see me, and said he wanted, to talk to me, because,
F.C.I mc-Dowell Officers, notified him that, I wanted, to,
Cancel the Lawsuit, I said no sir, I dinot told anybody,
Anything about Canceling Anything, I said if that questions
is legal matter, I need a Lawyer, by my side,?
he showed me all the paper work that I had sent to the Court,
and said, I Just want to Ask you a couple of questions,
about what happened, about your statement, about the
acts of the officers, so, I told him do you have a copy of
my statement? he said yes,? so, I said that's what happened,
he said well do not cancel the Lawsuit, I said no?
he said you gonna proceed, I said I'm in Court,
he said, I'm going to talk to my Superiors in D.C,
to see what they say, he told me close you mouth and no
told, no, body, by we talking, okey? nothing told the Court,
I said he, said no body and he left,

and, also, because,
On, Dec/14/2020, and Dec/15/2020, I received, legal mail From, Court,
and the U.S. Attorneys the letter is, For, motion, For Consolidate
Response DATE,? For All defendants on, the other, letter, is, For the
United states' motion for Extension of time!
and also, because, I Asked, to Lt. C. Connelly, For, MR. Smith.
address, and, all stuff, of, FC.I mc-Dowell!

Please, I need the D.A. on my case to respond to these people, because they are gonna end up Killing me, they already started beating me, they ~~xxxxxxx~~ choke and suffocate me, being handcuffed putting a lot of weight with their Knee and legs on my throat! I need help please! I need them to put charges on these officers, because, they using Excessiv For, on, me, on, my body! I am in fear for my Life, Please, I'm a person, no animal! For that this officers beating me, and give me, this Hard time! Please, help me, I di n't wanted Louse, (Perder) ← is spanish my Life here on this Prison, F.C.I MC-Dowell. the Administration, (Warden) A/w he no care, what happened on shu Area if, something happens to me, the officers, of, F.C.I MC-Dowell are responsible, and the F.C.I MC-Dowell, and, A/w, Please, help me!!

I di n't wanted Louse my Life here!!

Thank you, For, you, Atention!

x- Julian Villegas
/ 12/28/2020

Julian Villegas #71372-079
Federal Correctional Institution
MC-Dowell
P.O. Box.1009
WELCH, WV. 24801

CHARLESTON WV 25
31 DEC 2020 PM 2

( Legal mail )

CLERK. United states District Court
ELizabeth KEE Federal Building
601. Federal street, Room, 1000
Bluefield, WV. 24701

24701-303878

( Legal mail )