FILED

JAN 25 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

*Attachment A - <u>Bivens</u> Complaint form*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Julian Villegas                           71372-079

_____          _____

_____          _____

_____          _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                                    CIVIL ACTION NO. 1:21-cv-00003
                                                     *(Number to be assigned by Court)*

#(1) Lieutenant, C. Connelly    #(5) Officer. G. Woods

#(2) Lieutenant, C. Looney

#(3) Officer. W Kendricks

#(4) Officer. C. Akers

*(Enter above the full name of the defendant*
*or defendants in this action)*

Defendant(s).

**COMPLAINT**

**I.      Parties**

      A.  Name of Plaintiff:  Julian Villegas

         Inmate No.:  71372-079

         Address:  Federal Correctional Institution. MC-Dowell
                P.O. Box 1009, WELCH, WV, 24801

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

Name of Plaintiff: _____

Inmate No.: _____

Address: _____

_____

C.  Name of Defendant: C, Connelly

Position: Lieutenant

Place of Employment: Federal Correctional Institution – MC-Dowell P.O. Box. 1029, WELCH, WV, 24801

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: C, Looney

Position: Liatenant

Place of Employment: Federal Correctional Institution – MC-Dowell P.O. Box 1029, WELCH, WV, 24801

Name of Defendant: W. Kendricks

Position: Correctional officer #1 S.H.U

Place of Employment: Federal Correctional Institution,. MC-Dowell P.O. Box 1029, WELCH, WV, 24801

2

Name of Defendant: C. AKERS
Position: Correctional officer
Place of Employment: Federal Correctional Institution - Mc-Dowell
P.O. Box 1029
WELCH, WV, 24801

Name of Defendant: G. Woods
Position: Correctional officer
Place of. Employment: Federal Correctional institution - Mc-Dowell
P.O. Box 1029
WELCH, WV, 24801

( #2 )

II.    **Place of Present Confinement**

Name of Prison/Institution: Federal Correctional Institution – MC-Dowell

A.    Is this where the events concerning your complaint took place?

Yes ✓          No _____

If you answered "no," where did the events occur? _____

_____

B.    Is there a prisoner grievance procedure in this institution?

Yes ✓          No _____

C.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    Yes _____          No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): I VE wrote A-cop-out to warden MARUKA. on-Dec/23/20 on-never answer, I MAKE A bp-9 and send to warden MARUKA, nothing in Return. no answer I ask all officers they don't wanna bring me. Bps-10-11, thats why I wrote the court because, no body want help me, on my counsel never see me, on 8-months, I wrote the court, because because, this matter, is "sensitive" and my Life is on Danger. the staff is un professional.

III.    **Previous Lawsuits**

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes ✓          No _____

B.    If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Assaulting, S. CASE # 1:20-CV-00505

1.    Parties to the previous lawsuit:

Plaintiff(s): Julian Villegas # 71372-079

Defendant(s): Mr. Kendricks, Mr. J. Shrader, Ms. K. Stark, Mr. Horton Mr. W. Thonson, Mr. Hendriks, Mr. Smith

3

I make bp-9 with my hand, ? no body want help me.. Officers and staff no want, give me originals bp's 9-10-11, is un professional staff.?,

ADMINISTRATIVE REMEDY REQUEST

# Bp-9

to: Warden MARUKA       Institution Place: F.C.I MC-DOWELL   DATE: 12/28/2020

FROM: Julian Villegas Hernandez # 71372-079
Unit: S.H.U   Cell# 218   Range-E

Complaint: Sr. Warden MaruKA, I am File you this Form, because on Dec/16/2020 your staff on the S.H.U AREA! Assaulting me, with no reason, and I request to you, For appropriate investigation, on this Incident, with your staff, Cause, they Using EXCESSIV Force, on me I was still in cuffed my hands, and they hurt my body, damage my body, I Asked your, staFF For, Correctional officers (S.I.S), psychology, medical, and you staff, they no give me nothing, please. I, need you attention on this problem, and I need you help me, Please because your staFF, almost Killing me, and I Fear For my Life thank you For you attention, my back is hurt, my throat is hurt, my hand is hurt, and Rib

Resolution For this Complaint: — Appropriate Investigation, on this, Incident. Appropriate, attention medical. Apropriate, psychology Attention, I need -X- Rays For my all body, because, I have hurt my throat, my back, my hand, and Rib, I need -X- Rays For my all body, and tendons, and Separate. From this correctional officer, your staff! Lt. C. Connelly, Lt. C. Looney, officer, W. Kendricks, officer, C. AKERS, officer, G. woods, they did the incident on me,

Staff resolved:                         EXECUTE DATE: _____

X————————————————
signature of warden

I MAKE this Form Bp-9, with my hands because that officers, and staff, no want, give me, the Original Bp-9.

¡ NEVER ANSWER, ME! MORE, of, 20 days,

COPY!

COP-OUT

to: warden MARUKA        Institution: FCI MC-Dowell        DATE: 12-23-2020

FROM: Julian Villegas Hernandez # 71372-079
unit: S.H.U        Range: E        cell: #218

Sr: warden MaruKA, I am writting to you this cop-out, Requesting to you
FoR apropriate medical attention, because on Dec/16/2020
your staff, IN the S.H.U AREA! Assaulting me, with no reason
and, I Request to you! For appropriate, Investigation on this Incident,
On-Dec-16-2020 at SHU! because I Asked FoR, Correctional officers (S.I.S)
and psychology, and medical, and your staff they no give me nothing!
Please, I need your Attention to this problem, and I need you help me, Please
because your staff, almost Killing me!! and, I Fear FoR my Life
thank you For you attention!!

Cinserelly + gulian villegas

NEVER ANSWER ME.
this Cop-out,
I make with my hands
I'm tried Reselved this Problem!!

2. Court (if federal court, name the district; if state court, name the county);

United states District Court, Southern District of, WEST VirginiA Bluefield, Division,

3. Docket Number: 1:20-CV-00505

4. Name of judge to whom case was assigned: Omar J. aboulhosn

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) still pending For Reazon Complicated by the Covid-19-Pandemic)

6. Approximate date of filing lawsuit: Julio-24-2020

7. Approximate date of disposition: Julio-24-2020

## IV.   Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

4

(IV)     Statement  of  Claim                    #1

My name is Julian Villegas #71372-079
I am writting this letter to inform you of, my Current Situation,
at, F.C.I Mc-Dowell,
On Dec/16/2020 at approxamitaly 9:00 Am OR 10:00 Am, Correctional
Officer_ C. Akers, and Correctional officer_ G. Woods, Come to my
Cell, in S.H.U. Area, E-Range Cell #218, and told me, to start packing
my stuff, because, I was being moved to a different Cell, by orders
of, Lt. C. Connelly and officer SHU number one, W. Kendricks, I packed
my belongins and they took me to the First Floor, A-Range,
Officer, W. Kendricks, take me a picture! and officers took me to
A-Range to Hard cell, #102 with no reason, For It, or, explanation to me,
I Asked them what was the reason of this punishment, and, they
told me it was Orders, from, the hig her Ups, of, Lt_ C. Connelly
and SHU. number one Officer, Kendricks,
when they were taking my cuffs off, Officer, C. Akers Pulled, me, hard,
through the food slot, so, I pulled my hands, back, because, he hurt my
hands bad, when, he pulled through the food slot, while, I was still
Cuffed my hands, hit the door of the slot,  then they came all
Officers together to outside my door,  I let them check my hands,
then they told me to sit on the Cement bed, or, stay up, facing to
the wall, and, I was facing to wall up, and I obeyed while, I was
still in cuffs, they came in to the cell, and pulled and pushing me Back,
to slam me on the cement, and began Assaulting me, Hitting me in, the
Ribs, back, and, putting their legs, and Knee on my throat, so, I could n"t
breathe, I tried to Scream that, I could n't breathe, I could n't breathe,
Lt_ C. Connelly and Lt_ C. Looney were, on top, of, me choking me, and
Soffocating me, Soffocating me! Lt. C. Connelly and, Lt_ C. Looney, was,
Soffocating me, and asphyxriating me, they tried! they did n't stop

## (IV)   Statement of Claim                    #2

Untol another officer, came and told them, to, calm down! and the officer- C. AKERS Asked me where is the hands cuff, key was, he say is broke! but I did n't know, What he was talking about, cause I was coffed! then Lt-C. Looney bent my Fingers back and my Right hand, wards after the Assaulting me, I Asked, to speak to S.I.S Officers, psychology, medical, Because they damaged, my body, Back, hands, Fingers, Ribs, all is Hurt, and they did n't put me any attention,

and they said this is what you get For Not wanting to cancel, the Lawsuit, and, no Asked, more FoR Lt-Smith against us and expect more, if you don it! Lt-C. connelly told me this on side of my face, he is Racist, he, and, Lt-C. Looney they damaged my back, and my hand, by Assaulting me, and almost killing me!    I tink they would of if the officer would of not said calm down!

the cell has a concrete slab to sleep on, and all you get is, one, sheet, and, one blanket, in this cold weather! no shower FoR (7) days no toothbrus, no tooth paste, no shampoo, no Deodorant, and no Boxer change, FoR (7) days, no pants, no t-sirth, changes FoR (7) days never, change, my cloths, and no shower. FoR (7) days, this is inHumane! treatment and conditions while imprisoned? and they no give me my, medication, FoR, blood Pressure, and For my Depression, and FoR my pain, and infection pill, FoR my tooths! FoR (7) days because, they no give me nothing! they no care by my Civil Rights they Broke, my Civil Rights, this cell is black no have vision and is cold, to cold, and wet, Only you can see wall on Front the Door, this F.C.I MC-Dowell have inFetion's with covid-19 and they exponem me FoR (7) days in this cell cold-to-cold and wet. is inHumane treatment, I silk, I have blood Pressure,

(4)

they are upset because On-Nov-18-2020
Agent EVVANS From the legal Department in Beckly, WV,
Come to see me and said he wanted to talk to me because
F.C.I mc-Dowell officers notified him that, I wanted to
Cancel the Lawsuit, I said no sir, I di not told anybody,
Anything about canceling Anything, I said if that questions
is legal matter, I need a Lawyer, by my side,
he showed me all the paper work that I had sent to the
Court, and said I Just want to ask you a couple of questions
about what happened, about your statement, about the
Acts of the officers, so I told him do you have a copy of my
Statement? he said yes, so, I said that's what happened,,
he Said well do not cancel the lawsuit,
I said, no, — he said you gonna proceed, — I said I'm in Court,
he said, I'm going to talk to my Superiors in D.C,
to see what they say, — he told me, close you mouth and no told No
body, by we talking, okey, nothing told the Court — he said no body,
and he left !!

And also because, on, Dec/14/2020, and, Dec/15/2020
I received legal mail From court, and, the U.S. Attorneys
the letter, is For, motion For consolidate Response DATE, FOR all Defendants,
On, the other letter, is for, the United States motion For Extension of time,'
and,, also, because, I Asked to Lt,C.connelly For mr,Smith address,'
and, the staff, of F.C.I mc-Dowell,'

## V.     Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I'm asking the Courts to Kindly and RespectFully grant me the Relief of, Compensatory, nominal, and medical apropriate attention, For damages, on my back, hand, throat, Rib, and Punitive damages Including, mentally and emotionally distress, pain and Suffering, Ect,

I need medical check my body outside of, Prisons!

Signed this 18 day of January _____, 20 21 .

_____
Julian Villegas
Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  January – 18 – 2021  .
       (Date)

_____
Julian Villegas
Signature of Plaintiff

5

Julian Villegas Hernandez #71372-079
Federal correctional Institution
MC-Dowell
P.O. Box 1009
WELCH, W V, 24801

CHARLES

21 JAN

Legal mail !!
in closed

CLERK, United states District Court
ELizAbeth KEE Federal Building
601, Federal street, Room, 1000
Bluefield, W.V, 24701

24701-303378

Legal maiL in closed !!